## GLUCHOWSKI v. STANDARD STEEL CAR COMPANY.

[No. 12,373.    Filed July 1, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act by Boleslaw Gluchowski against the Standard Steel Car Company. From the decision of the board, the former appeals. *Appeal dismissed.* By the court in banc.

*Dominic P. Sevald,* for appellant.
*Turner, Adams, Merrell & Locke,* for appellee.

REMY, C. J.—Dismissed on authority of *Thompson* v. *A. J. Thompson Stone Co.* (1924), 81 Ind. App. 442, 144 N. E. 150.

---

## HAWKINS MORTGAGE COMPANY ET AL. v. BARKER.

[No. 12,322.    Filed July 1, 1925.]

From Miami Circuit Court; *Albert Ward,* Judge.

Action between the Hawkins Mortgage Company and others and Nancy Barker. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*John M. Smith* and *James C. Jay,* for appellants.
*Holman, Bernetha & Miller* and *Albert H. Cole,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## McDERMOTT v. ALLEN, RECEIVER.

[No. 12,332.    Filed July 3, 1925.]

From Huntington Circuit Court; *Sumner Kenner,* Judge.

Action between Charles H. McDermott and Eli E. Allen, Receiver. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*James E. Rocap* and *C. R. Haller,* for appellant.
*Lucas & Spencer* and *Eben Lesh,* for appellee.

PER CURIAM.—Judgment affirmed.